JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARRIET WILLIAMS TRUSTEE OF THE FAMILY TRUST DATED 04/14/2006,<br><br>Plaintiff,<br><br>vs<br><br>NOVAD MANAGEMENT CONSULTING, LLC; *et al.*,<br><br>Defendants. | No. CV16-8200 FMO (JCx)<br><br>ORDER RE: STIPULATION [11] RE: DISMISSAL OF ACTION<br><br><br>Honorable Fernando M. Olguin |

1  The Court, having considered the parties' Joint Stipulation Re: Dismissal of
2  Action, and good cause appearing therefor, hereby ORDERS that this action be
3  dismissed without prejudice in its entirety.  Each party shall bear its own costs and
4  attorney's fees, if any.

6  Dated:  January 9, 2017        /s/
                                 HONORABLE FERNANDO M. OLGUIN
7                                UNITED STATES DISTRICT COURT JUDGE

8
9  EILEEN M. DECKER
   United States Attorney
10 DOROTHY A. SCHOUTEN
   Assistant United States Attorney
11 Chief, Civil Division
   ROBYN-MARIE LYON MONTELEONE
12 Assistant United States Attorney
   Chief, General Civil Section
13
       /s/
14 ─────────────────────────────
   SEKRET T. SNEED
15 Assistant United States Attorney

16 Attorneys for Defendant
   SECRETARY OF THE UNITED STATES
17 DEPARTMENT OF HOUSING AND
   URBAN DEVELOPMENT
18

-1-